Case4:12-cv-00496-PJH Document80 Filed09/27/12 Page1 of 3

Anita L. Steburg, State Bar No. 245933
1798 Technology Drive, Suite 258
San Jose, CA 95110
Phone (408) 573-1122
Fax (408) 573-1126

Attorney for Plaintiff
CLAYTON SHUM

**UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CLAYTON SHUM, an individual,<br><br>Plaintiff,<br><br>v.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC.; TRANS UNION L.L.C.; EQUIFAX INFORMATION SERVICES, L.L.C.; BANK OF AMERICA HOME LOANS as a subsidiary of BANK OF AMERICA, N.A.; JP MORGAN CHASE BANK, N.A.<br><br>Defendants. | Case No.: CV12-00496 PJH<br><br>**STIPULATION AND [~~PROPOSED~~] ORDER OF DISMISSAL WITH PREJUDICE BETWEEN PLAINTIFF AND DEFENDANT JPMORGAN CHASE BANK, N.A.** |

1

STIPULATION AND [PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE BETWEEN PLAINTIFF AND DEFENDANT JPMORGAN CHASE BANK, N.A.

Case4:12-cv-00496-PJH Document80 Filed09/27/12 Page2 of 3

**IT IS HEREBY STIPULATED** by and between plaintiff CLAYTON SHUM and Defendant JPMORGAN CHASE BANK, N.A., that the above-captioned action be and hereby is dismissed with prejudice pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure.

Respectfully Submitted,

DATED: September 26, 2012

STEBURG LAW FIRM

By: /s/ Anita L. Steburg
Anita L. Steburg
Attorney for Plaintiff
CLAYTON SHUM

DATED: September 26, 2012

BRYAN CAVE LLP

By: /s/ David A. Owens
David A. Owens
Attorney for Defendant
JPMORGAN CHASE BANK, N.A.

2

STIPULATION AND [PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE BETWEEN PLAINTIFF AND DEFENDANT JPMORGAN CHASE BANK, N.A.

Case4:12-cv-00496-PJH Document80 Filed09/27/12 Page3 of 3

**[~~PROPOSED~~] ORDER**

Pursuant to the Stipulation between the Parties to dismiss the action with prejudice,

**IT IS HEREBY ORDERED THAT:**

1. The action between Plaintiff CLAYTON SHUM and Defendant JPMORGAN CHASE BANK, N.A., Case No.: CV12-00496 PJH is hereby dismissed with prejudice pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure.

2. The case management conference for the above-referenced action, scheduled for September 27, 2012 at 2:00pm, shall be vacated.

**IT IS SO ORDERED.**

DATED: 9/27/12

UNITED STATES DISTRICT COURT
IT IS SO ORDERED
Judge Phyllis J. Hamilton
NORTHERN DISTRICT OF CALIFORNIA

3

STIPULATION AND [PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE BETWEEN PLAINTIFF AND DEFENDANT JPMORGAN CHASE BANK, N.A.